IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE | CASE NO. 18-61490-JWC |
| CARTER BROTHERS SECURITY, SERVICES, LLC. | CHAPTER 7 |
| Debtor. | |
| Robert Trauner, as Chapter 7 Trustee for the Estate of Carter Brothers Security Services, LLC, | |
| Plaintiff. | |
| v. | Adversary Proceeding No. 20-06128-JWC |
| Reliance Standard Life Insurance Company, | |
| Defendant. | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), incorporated by Fed. R. Bankr. P. 7041, the parties to this action hereby provide notice and consent to joint dismissal of the above referenced action, with prejudice, in accordance with the terms of the settlement agreement entered into by the parties and approved by the Court on May 14, 2021. Dismissal will resolve all pending issues raised in this Adversary Proceeding.

Prepared by:

/s/ Clayton A. Smith
Clayton A. Smith
Georgia Bar No. 196303
Macey Wilensky & Hennings, LLP

5500 Interstate North Parkway, Suite 435
Atlanta, GA 30328
404-584-1222
clayton@maceywilensky.com
Attorneys for Trustee

Consented to by:

By:
/s/*Signed with express permission
Mark McCreary
Fox Rothschild LLP
2000 Market Street, Twentieth Floor
Philadelphia, PA 19103-3222
215-299-2010
Counsel for Defendant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served a true and correct copy of the within and foregoing JOINT STIPULATION OF DISMISSAL upon the following by regular U.S. mail, postage prepaid:

Mark McCreary
Fox Rothschild LLP
2000 Market Street, Twentieth Floor
Philadelphia, PA 19103-3222

U. S. Trustee
Office of the United States Trustee
Suite 362
75 Ted Turner Drive, SW
Atlanta, GA 30303

Dated: August 2, 2021.

        MACEY, WILENSKY & HENNINGS, LLP

        By: /s/ Clayton A. Smith
            Clayton A. Smith
            Georgia Bar No. 196303